O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 06-6625 PSG (PJWx) | Date | July 24, 2009 |
|---|---|---|---|
| Title | DIRECTV, Inc. v. Allsat | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)**

On July 22, 2009, DIRECTV, Inc. ("Plaintiff") filed an ex parte application for an order shortening time for briefing and hearing in connection with a concurrently filed Motion for Entry of Preliminary Injunction on Consent and Request for Attorney's Fees. For the reasons that follow, the Court DENIES Plaintiff's ex parte application.

Courts will not grant ex parte relief unless (1) the moving party shows that she will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures, and (2) it is established that the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect. *Mission Power Eng'g Co. v. Continental Casualty Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). In opposition to Plaintiff's ex parte application, EchoStar Satellite LLC and EchoStar Communications Corporation ("Defendants") point out that the underlying facts for this ex parte application have been known to Plaintiff for, at the very least, weeks. *See Blum Decl.* ¶ 9. Indeed, Plaintiff's own evidence indicates that it has known of Defendants' "repeated" violations since at least June 17, 2009. *See Williams Decl.* Ex. C.

As noted above, ex parte applications are only properly granted after a party demonstrates that it is not at fault in creating the "crisis" at hand. *Mission Power Eng'g*, 883 F. Supp. at 492. Plaintiff has failed to make this showing. That is reason enough to deny its motion.

Accordingly, for the foregoing reasons, the Court hereby DENIES Plaintiff's ex parte application.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-6625 PSG (PJWx) | Date | July 24, 2009 |
|---|---|---|---|
| Title | DIRECTV, Inc. v. Allsat | | |

**IT IS SO ORDERED.**